No. 87–641.  SOBCZYK v. AETNA CASUALTY & SURETY CO. ET AL.  Ct. App. Wis.  Certiorari denied.

No. 87–657.  FOWLER v. BOARD OF EDUCATION OF LINCOLN COUNTY, KENTUCKY, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–659.  HAMMOND v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 87–663.  GREENWALD v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 87–664.  RAMMING v. NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 87–665.  LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS v. YOUNG.  C. A. 5th Cir.  Certiorari denied.

No. 87–666.  WHEELER v. MAIN HURDMAN.  C. A. 10th Cir.  Certiorari denied.

No. 87–672.  FOXGORD, INDIVIDUALLY AND AS TRUSTEE OF THE FOXGORD TRUST, ET UX. v. HISCHEMOELLER.  C. A. 9th Cir.  Certiorari denied.

No. 87–673.  ST. HILAIRE v. INTERNATIONAL PAPER REALTY CORP. (two cases).  Sup. Jud. Ct. Me.  Certiorari denied.

No. 87–674.  MIHALEK CORP. ET AL. v. MICHIGAN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–678.  STALLCOP v. KAISER PERMANENTE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–684.  GILL v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 87–685.  CITY OF PAGEDALE, MISSOURI v. HARRIS ET AL.  C. A. 8th Cir.  Certiorari denied.